**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STANLEY RAY HUNT**                                                                  **PLAINTIFF**

V.                       No. 4:13CV00740 BSM-JJV

**RODRICK CONES, et al.**                                                **DEFENDANTS**

## ORDER

Mr. Hunt filed this lawsuit pro se and is currently proceeding *in forma pauperis*. (Docket entries #2, #3) The Court has now screened his claims as required by statute. 28 U.S.C. § 1915A. For screening purposes, Mr. Hunt has stated a failure-to-protect claim against Defendants Huffman, Lasker, and Randall, in their individual capacity. Accordingly, service is proper for those Defendants. Service is not proper for Defendant Cones. The Court will address Mr. Hunt's claims against Defendant Cones, as well as his official capacity claims against Defendants Huffman, Lasker, and Randall, in a separate Recommendation.

The Clerk of Court is directed to prepare summonses for Defendants Huffman, Lasker, and Randall. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Faulkner County Sheriff's Department, 801 Locust Street, Conway, Arkansas 72032.

IT IS SO ORDERED this 25th day of February, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE