## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STANLEY RAY HUNT**                                                                     **PLAINTIFF**

**v.**                      **CASE NO. 4:13CV00740 BSM**

**RODRICK CONES, et al.**                                               **DEFENDANTS**

### ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, plaintiff Stanley Ray Hunt's claims against inmate Rodrick Cones are dismissed with prejudice. Hunt's official capacity claims against defendants Huffman, Lasker, and Randall are dismissed without prejudice.

IT IS SO ORDERED this 17th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE