**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STANLEY RAY HUNT**                                                                   **PLAINTIFF**

v.                                    **CASE NO. 4:13CV00740 BSM**

**RODRICK CONES et al.**                                                          **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Defendants' motion to dismiss [Doc. No. 13] is granted.

2.   Plaintiff's claims against defendants Huffman, Lasker, and Randall are dismissed with prejudice.

3.   It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

DATED this 29th day of May 2014.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE